☐ FILED  ☒ RECEIVED
**NOV 10 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Brian De La Torre,

*Defendant*

Case No. 25-3438MJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Brian De La Torre,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2), (b)(1), and 2256- Distributing and Receiving Child Pornography
18 U.S.C. § 2252(a)(4)(B), (b)(2), and 2256- Possession / Access with Intent to View Child Pornography

Date: Nov. 6, 2025

*Issuing officer's signature* M Morrissey

City and state: Phoenix, Arizona

MICHAEL T. MORRISSEY, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/06/2025, and the person was arrested on *(date)* 11/07/2025
at *(city and state)* Scottsdale, AZ

Date: 11/10/2025

By: [signature] 9790
*Arresting officer's signature*

FBI
*Printed name and title*